"SHALOM",

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD PERRY, as "MOSHEH BEN ISRAEL" (MY HEBREW ISRAELITE-NAME);
(IN the space above Enter the Full Legal Name of the Plaintiff),

-against-

"IMMINENT DANGER OF SERIOUS PHYSICAL INJURY OR CONSTITUTIONALLY HARM"

R. MERCADO (SIC) - WARDEN OVER DESOTO CORRECTIONAL INSTITUTION - ANNEX,
JASON BRENES - RMD Region 3, C. SOTO, A.W.P., Lt. OR CAPT. D. GIL., AND ANY PAST
AND FUTURE RELEVANT IN HIS OR HER IN THEY INDIVIDUALS CAPACITY - POSITIONS;
ETC Aly, All et: DEFENDANTS.

CASE NO.: 2:23cv985-JLB-KCD
(To be Filled out by Clerk's Office only)

PROVIDED TO DESOTO C.I.
ON 11/5/2023 FOR MAILING
INMATE INITIALS "DP"
OFFICER INITIALS RJ

" UNDER THE COLOR OF STATE LAW "

" EMERGENCY COMPLAINT "
(PRO SE CONFINED LITIGANT)

JURY DEMAND?
☒ YES
☐ NO

### NOTICE

Federal Rule of Civil Procedure 5.2 Addresses the Privacy and Security Concerns Resulting From Public access to Electronic Court Files. Under this Rule, Papers Filed with the Court should Not contain: an individual's Full Social Security Number or Full Birth Date; the Full Name of a Person Known to be a Minor; or a Complete Financial Account Number. A filing may include only the last Four digits of a Social Security Number; the year of an individual's Birth; A Minor's initials; and the last Four digits of a Financial account Number. Plaintiff Need Not send Exhibits, Affidavits, grievance or witness Statements, or any other materials to the Clerk's office with this Complaint.

" My Right Thumb Print Below ":



Page 1 of 10

Rev. 5/20

## I. COMPLAINT

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): PERRY, DONALD. 2-1-1957; XXX-XX-6274.
Aliases: N/A

Identification #: 050031  FDOC PROPER INMATES' - I.d. Picture Card.

Place of Detention: DESOTO CORRECTIONAL INSTITUTION - ANNEX, within THE Florida, Department of Corrections.

Institutional Address: 13617 S.E. Highway 70;

County, City: DESOTO County, ARCADIA,  State: Florida;  Zip Code: 34266-7800.

## III. STATUS

Indicate whether you are a prisoner or other confined person as follows:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: MERCADO (SIC) - WARDEN OVER DESOTO CORRECTIONAL INSTITUTION - ANNEX.
Name (Last, First)

Head Warden at: DESOTO C.I. - ANNEX.
Current Job Title

DESOTO CORRECTIONAL INSTITUTION - ANNEX., 13617 S.E. Highway 70.
Current Work Address

DESOTO - ARCADIA,       Florida.       34266-7800.
County, City            State          Zip Code


Defendant 2: BRENES, JASON
Name (Last, First)

RMD Region 3 (Doctor under Ch. 458/Ch. 459, F.S.).
Current Job Title

OVER THE WHOLE Region 3 (JURISDICTION).
Current Work Address

DESOTO - ARCADIA,       Florida.       34266-7800.
County, City            State          Zip Code

**Defendant(s) Continued**

Defendant 3: __Soto, C.__
Name (Last, First)

__Assistant Warden For Program's__
Current Job Title

__Desoto C.I.-annex, 13617 S.E. Highway 70.__
Current Work Address

__Desoto-, Arcadia.,__       __Florida.,__      __32466-7800.__
County, City              State            Zip Code


Defendant 4: __and any Past and Future Relevant His or Her in they individuals__
Name (Last, First)

__Capacity - Positions, Etc.__
Current Job Title

__N/A__
Current Work Address

__N/A__                 __N/A__           __N/A.__
County, City            State            Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Retaliations (sic) against me for Filing Numerous Informal and Formal Grievances since I been at Desoto C.I.-annex (Sep. 3, 2020, against officers/top staff and about denying, delaying, and stopping my once prescribed A.M. Heart and High Blood Pressure Medical Treatment's and once prescribed medications

Date(s) of occurrence: Since I came to Desoto C.I. annex, on (September 3, 2020) - To - 2023. ETC.

State which of your federal constitutional or federal statutory rights have been violated:

"THE FIRST st, FOURTH st, FIFTH th, EIGHTH th, and FOURTEENTH th Amendments have been previous and ongoing Constitutional Rights still been violated."

State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).

FACTS:

What happened to you?

1.) Since Warden R. Mercado (sic) been working at Desoto C.I.-annex, He, constantly be using profane and abusing languages towarded me, "Because he keeps telling me that He Hated me Because I like filing grievances against Him, and His staff and that I do that at every institutions I done been at. "Warden R. Mercado (sic) told me on Sep. 25, 2023, that "All the informal and formal over 400 or more grievances you done filed here won't never making to the federal court at all." 2.) Since Jason Brenes been the RMD Region 3 over Desoto C.I.-annex (Medical Department), It is irrefutable evidences, within the Plaintiff's Master Medical Files from 1977-Through-2023, would reflected, that I am suffering with a diagnosed serious heart disease results in a Heart Mechanical Valve (2000) and Heart Disease that result in a Heart Pacemaker (2010) and I came to Desoto C.I.-annex with Ten (10) once prescribed Medical Passes and 3.) Jason Brenes done over Rules every Medical Doctors or any Physician Assistant (PAs) whom or who done follow-up from my once prescribed Medications and my once prescribed Medical Passes, "Because He do not like (me) Because I done filed over 40-To-

**Who did what?**

60 Medical Grievances On Been Denying, Delaying, Renew "My once Prescribed Medications (AM Daily Heart, High Blood Pressure and other once Prescribed Medications." which is well Documented IN My Master FDOC Medical Files From 1977- Especially From (2000-TO-2010-TO 2023). JASON BRENES Never Personal Talks with me or Never Personally Physical examine me, "To Be able to Profession Stopped (sic) My once Prescribed Medications, That was Original Prescribed and Diagnosed By My Heart Specialists (2000-To-2023) and once Prescribed by My Professional Heart Doctors' before I Came To DESOTO C.I.- Annex and JASON BRENES Constantly Putting "My Life at Great Risks of Having A Heart Attacks, A Stroke, and Constantly Denying and Intentionally Denied Sending me To Approved by Central Office Department of Correction Inmate Grievance Department on July 21 or July 27, 2023; Order the Warden at Desoto C.I.-Annex, To Send me out To A South Florida Hospital For A Immediate Hernia-Surgery and 4:) The Warden Mercado (sic) Had 30 days From July 21 or July 27, 2023, To Send me To A South Florida Hospital For A Hernia Surgery, Because IT Is well (Documented) That I am A target of assassination (sic) attempt IN anywhere IN Northern Florida FDOC-Facility or Facility." 5:) JASON BRENES Is Intentionally Causing me Further Physical Injury or Injuries. To My Serious Constantly Having Chest Pains after Seeing the Doctors' through Submitted Sick Calls Requests over and over. Everybodys Doctors' and Nurses' keeps Telling me That JASON BRENES over them and The Medical Boss over Desoto C.I.- Annex-Medical Department Even if Tallahassee Central Office do approved your Medical Grievance on July 21 or July 27, 2023. Still To No Avail as up to this Date. "I am Constantly Suffering IN Serious Physically and mentally and Psychologically Pains, Because I am Been Denied once Prescribed Medical Treatments and Cares because JASON BRENES Hates me, For: over the 40-To-60 Filed Denied Medical once Prescribed Medical Grievances.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

**Was anyone else involved?**

6.) Here at DeSoto C.I.-Annex. Defendant-C. Sboto just recently told me, on Sept. 24 or 25 or 26, 2023, that he gonna to keeps denied every formal grievances that he personally hears or rules on as long he are working at DeSoto C.I.-Annex. "Because you have a notorious reputation of being a constantly grievances writer everywhere you go within the FDOC-before coming here and one day we will get your nigger writ writer away from DeSoto C.I.-Annex, where you cannot files anymore against the cruel and unusual living conditions within open general population and especially within the whole F-dormitory (confinement-wings)." Defendant-C. Sboto-said: that "we" don't follows no FDOC rules in Tallahassee-Florida, "Because we makes our own rules here at DeSoto C.I.-Annex, since DeSoto's been existence in Arcadia-Florida."

7.) Defendant D. Gil (Lts or Capt. on _____, 2023, thereafter at DeSoto C.I.-Annex, told me, he don't give a fuck about the numerous informal and formal grievences on the cruel and unusual living conditions in regarding overall on whole F-dormitory (confinement units) its not going to changes a damn thing, "Because we make our own rules here at DeSoto C.I.-Annex, and every nigger's writ writers come here and constantly filed grievances on us, we, end up transferring him or end up set his writ writer ass (up) and we don't care about what Tallahassee-Florida orders us to do, we, do what we want to do y'all regardless (of) what Tallahassee orders; or, Tallahassee Florida FDOC runs themself. We Runs ourselves at DeSoto C.I.-Annex population and when you learns to stop filing your grievances against us, I will give you back your Hebrew Israelite Religion chain wood with יהוה "Yo He Vau He" (YAHWEH) I tooked (out) your Cell #F-2116 when I searched you and your room bunk down." Which I filed that Lt. or Capt. D. Gil is hindering (me) the Free Exercise (of) my Hebrew Israelite BonaFide Religion to Glorifying my Hebrew Israelite God (YAHWEH) by taking its from me."

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners* must exhaust administrative procedures *before* filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies. I am and Done Filed over 40-To-60-400 Exhaust Administrative Procedures Since I Been Here and STILL No Results or No Justices And A lot of my formal Grievances Never was answer back at all!

## VII. RELIEF

State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Court order for a immediate injunction against all the constantly ongoing cruel and unusual Living Life threatening To stops For good, before me or another Inmate's end up Dead, Especially From the Denied of Proper Medical Treatments that was once Prescribed By my Previous (sic) Heart Specialists; Doctors, Before I came Here at DeSoto C.I.-Annex on Sept. 3, 2020. 2.) Order the Defendants, (with a Protective order or with Injunction to Approve the Plaintiff's access to DeSoto C.I.-Annex Law Library, with Automatic Name Must Be Places on All A.M. and P.M. Law Library Callout without Plaintiff's Submitting any inmate Request For A Law Library Callout, "Because The Plaintiff's shall Be on All Law Library Callout to do His Proper Pro Se legal Research Regarding to this Pending Civil Complaint."). 3.) Court order against these above Defendants' to Recommends to the FDOC-Central Office's To Sends outside Connoisseur Workers' To Fit this Cruel and unusual Life threatening Living overall Conditions, Especially on the whole F-dormitory (Confinement wings and on the overall Living Conditions, etc."). To gets DeSoto C.I.-Annex" overall Bad and very Poor Living Conditions," Back on Lines Meeting the Federal Acted on Prisons Living Conditions. That causes Serious Health Problems-(Mentally, Physically, Spiritually, Psychologically, To causes Long terms Health Further Damaging or even Death, without the Proper Health Connoisseur Cares or Proper once Prescribed Medical Treatments, From these Today and Thereafter Defendants. Meaningful and obeys: Mentality and works Professionally ONLY obeying the Federal Constitution, Federal/Courts' Ruled, and Federal Courts Discretions at All Times. 4.) Order these Today and Thereafter Defendants' To pay All Court Filing Fees in Behalf of the above Plaintiff's, For Forced and For Constantly Forcing the Plaintiff's To Filed this meaningful and Relevant Civil Complaint against Defendants (when this Majority Matters' could have been straight out, Though A Fair and understanding Grievance Procedures." overall, "dealing with Proper Living Conditions and Receiving Adequate Medical Cares, If it was, this complaint will Have not Been Filed." "Praise Yahweh!"

5) ORDERS EACH DEFENDANTS IN HIS OR HER INDIVIDUALS CAPACITIE OR POSITIONS TO PAYS THE PLAINTIFF'S $400,000.00 EACH FOR ALL THE DAMAGES THAT THE PLAINTIFF IS SUFFERINGS MENTALLY, PHYSICALLY, SPIRITUALLY, EMOTIONALLY AND PHYSIOLOGICALLY, ETC...

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:

Have you to date brought any other lawsuits in state or federal court while a confined?   ☑ Yes   ☐ No

If yes, how many? "About TEN OR MORE IN State and Federal Courts (MOST OF THEM WAS DISMISSED without PREJUDICED, Because I was and still are VERY POOR CANNOT PAY FOR FILING FEES)."

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1:) UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT NO. 23-70136 Central District of California, Los Angeles. 2:) UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT NO: 23-2662, AND FOR WESTERN District of Missouri - Kansas City [CASE NO. 4:23-CV-00325-HFS]. 3:) Pending IN THE CIRCUIT COURT OF THE TWELFTH Judicial Circuit IN and FOR DESOTO County, Florida., CASE NO: 2023-CA-0514. 4:) Pending IN THE DISTRICT COURT OF APPEAL OF THE STATE OF Florida Second DISTRICT NO: 2023-1635. 5:) Pending IN CIRCUIT COURT Leon County Florida CASE NO: 2023 CA 001987. 6:) Pending OTHER Lawsuits and on August 2nd 2023, "ALL MY Legal Property and ALL MY Personally Hebrew ISRAELITE Books by (YAHWEH BEN YAHWEH) and ALL MY PERSONALLY PROPERTIES was DISPOSED and was DESTROYED and THROWING (Sic) aways without Providing (ME) any written Notice TO ME OR without MY written CONSENT TO DO SO at all - Furthermore, ALL MY Personally Religion (Hebrew ISRAELITE Materials) and DEAD Family - Pictures and Personally Clothes (sic) and Personally Books was destroyed, Etc.

"PRAISE YAHWEH!"

Rev. 5/20

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

November 5, 2023.
Dated

/s/ Donald Perry as "MOSHEH BEN ISRAEL"   050031
Plaintiff's Signature

PERRY, DONALD - as - "MOSHEH BEN ISRAEL" [MY Hebrew ISRAElite - NAME:].
Printed Name (Last, First, MI)

050031
Identification #

DESOTO CORRECTIONAL INSTITUTION - ANNEX,   13617 S.E. HIGHWAY 70.,   ARCADIA.,   Florida.,   34266-7800.
Institutional Name | City | State | Zip Code

"PRAISE YAHWEH!"